**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **KENNETH SMITH AND KENYATA THOMAS,** | § | |
| *Plaintiffs*, | § | |
| v. | § | NO. 1:20-cv-03427-MHC-RDC |
| **SYSCO ATLANTA, LLC** | § | |
| *Defendant*. | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 15, 2020, a "Notice of Service of Subpoena" was emailed to counsel for Plaintiffs at the following address:

Charles R. Bridgers
Matthew W. Herrington
Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC
101 Marietta Street NW
Suite 2650
Atlanta, Georgia  30303
charlesbridgers@dcbflegal.com
matthew.herrington@dcbflegal.com

BAKER & HOSTETLER LLP
By: /s/ Tali Knauer
Tali Knauer (Bar No. 719443)